UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

NOEL DEAN (#309740)

VERSUS                                          CIVIL ACTION

BRIAN A. JACKSON, ET AL                 NUMBER 12-107-BAJ-SCR

## RULING

Pro se plaintiff, an inmate confined at Louisiana State Penitentiary, Angola, Louisiana, filed this action pursuant to 42 U.S.C. § 1983 against United States District Judges Brian A. Jackson, Robert G. James, Sarah S. Vance and Middle District of Louisiana Clerk of Court Nick J. Lorio.  Plaintiff alleged that he was denied access to the courts in violation of his constitutional rights.

Plaintiff's motion to proceed in forma pauperis pursuant to 28 U.S.C. § 1915 was denied because on three prior occasions during detention, the plaintiff brought an action that was dismissed as frivolous or for failure to state a claim upon which relief can be granted.[1]

On February 28, 2012,  the plaintiff was granted 21 days from the date of the order to pay the court's filing fee in the amount of $350.

───────────────────

[1]    Section 1915(g) contains an exception that allows prisoners whose privileges have been revoked to proceed in forma pauperis in cases involving imminent danger of serious physical injury.  Plaintiff's claims do not fall under the exception.

A review of the record showed that the plaintiff failed to pay the filing fee.

Therefore, the plaintiff's § 1983 complaint shall be dismissed without prejudice.

Judgment shall be entered accordingly.

Baton Rouge, Louisiana, March 28, 2012.

BRIAN A. JACKSON
UNITED STATES DISTRICT JUDGE
MIDDLE DISTRICT OF LOUISIANA